*May 18, 1943.*

SMURAWA, Appellant, vs. SMURAWA, Respondent.

For the appellant: *Winter & Koehler* and *Fischer, Brunner & Strossenreuther*, all of Shawano.

For the respondent: *Thomas C. Dwyer* of Green Bay.

*By the Court.*—Order affirmed.

HERRING and others, Appellants, vs. HOLZER and another, Respondents.

For the appellants: *C. R. Jirtle* and *Kaftan, Rahr & Kaftan*, all of Green Bay.

For the respondents: *Evrard & Evrard* of Green Bay.

*By the Court.*—Judgment affirmed.

ESTATE OF PINGEL: FISH and others, Appellants, vs. JOHNSON, Respondent.

For the appellants: *Allan C. Cain* of Kaukauna.

For the respondent: *David L. Fulton* of Appleton.

*By the Court.*—Judgment affirmed.